255-006-00

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____ D.C.

05 APR 15 PM 1:43

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

TERESA AUTRY            )
                        )
    Plaintiff(s)        )
                        )
v.                      )   Case No: 05-1087 T An
                        )
CROCKETT COUNTY AMBULANCE SERVICE,)
and BRANDON WARD, Individually   )
    Defendant(s)        )

### ORDER GRANTING THE EXTENSION OF TIME TO FILE
### A RESPONSIVE PLEADING TO DEFENDANTS

Upon motion of the Defendants, Crockett County Ambulance Service and Brandon Ward, to extend time to file a responsive pleading, statements of counsel for these Defendants, and the entire record, it is,

ORDERED that the Defendants, Crockett County Ambulance Service and Brandon Ward are granted an extension of time to file a responsive pleading, with said responsive pleadings to be filed on or before April 29, 2005.

DATED: This the 15th day of April, 2005.

_____
U.S. MAGISTRATE JUDGE S. THOMAS ANDERSON

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  04-18-05

APPROVED FOR ENTRY:

PENTECOST, GLENN & RUDD, PLLC

By: *Brandon O.H.*
James I. Pentecost (#011640)
Brandon O. Gibson (#021485)
Attorneys for Defendants
106 Stonebridge Blvd.
Jackson, TN 38305
(731)-668-5995

By: *Michael Russell w/ perm. Brandon O.H.*
Justin Gilbert
Michael Russell
Attorneys for Plaintiff
2021 Greystone Park
PO Box 11357
Jackson, TN 38308

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or papers in person or by mail upon

> Justin Gilbert
> Michael Russell
> 2021 Greystone Park
> PO Box 11357
> Jackson, TN 38308

on or before the filing date thereof.

DATE: This the 1st day of April, 2005.

PENTECOST, GLENN, & RUDD, PLLC

By: *Brandon O.H.*
Brandon O. Gibson
PENTECOST, GLENN & RUDD, PLLC



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01087 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Honorable James Todd
US DISTRICT COURT