255-006-00

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERESA AUTRY )
)
    Plaintiff(s) )
)
v. ) Case No: 05-1087 T An
)
CROCKETT COUNTY AMBULANCE SERVICE, )
and BRANDON WARD, Individually )
    Defendant(s) )

## RULE 16(b) SCHEDULING ORDER

Pursuant to the Scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)): August 12, 2005**

**JOINING PARTIES:**

    For Plaintiff:    September 29, 2005
    For Defendant:    October 29, 2005

**AMENDING PLEADINGS**

    For Plaintiff:    September 29, 2005
    For Defendant:    October 29, 2005

**COMPLETING ALL DISCOVERY:**    February 13, 2006

    (a)  **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**    February 13, 2006

    (b)  **EXPERT DISCLOSURE (RULE 26(a)(2)):**
        (i)    Plaintiff's Experts:    December 15, 2005
        (ii)   Defendant's Experts:    January 15, 2006
        (iii)  Supplementation under Rule 26(e)(2):    February 1, 2006

    (c)  **DEPOSITIONS OF EXPERTS:**    February 13, 2006

**FILING DISPOSITIVE MOTIONS:**    March 13, 2006

**FINAL LIST OF WTINESSES AND EXHIBITS (Rule 26(a)(3)):**

    (a)  for Plaintiff:  May 14, 2006
    (b)  for Defendant: April 29, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 07-11-05

Parties shall have <u>10</u> days after service of final lists of witnesses and exhibits to file objections under Rule 26 (a)(3).

The trial of this matter is expected to last three (3) days and is **SET** for **JURY TRIAL** on **Monday, June 12, 2006** at 9:30 A.M. A joint pre-trial order is due on Friday, June 2, 2006. In the event the parties are unable to agree on a joint pre-trial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 08, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01087 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT